%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Nesim Bahar, Simon Elias, Jacqueline M. C.
Elias, Izak Senbahar, and Sarah Senbahar

**SUMMONS IN A CIVIL ACTION**

V.

United States of America

CASE NUMBER: 08 CIV 4738

TO: (Name and address of Defendant)

Michael B. Mukasey
United States Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis S. Wiener
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave. NW
Washington, DC 20004-2415
(202) 383-0100

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 2 1 2008

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 22, 2008 | |
| NAME OF SERVER (PRINT) April McElwee | TITLE Paralegal | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Via Certified mail, by depositing in postpaid properly addressed envelope in post office as per Fed Civ Rule 4(i)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 30, 2008
Date

Signature of Server

Sutherland Asbill + Brennan LLP
1114 Avenue of the Americas, 40th Fl
New York, NY 10036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESIM BAHAR, SIMON ELIAS, JACQUELINE M. C. ELIAS, IZAK SENBAHAR and SARAH SENBAHAR, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil No.08 Civ 4738 ) ) **CERTIFICATION OF SERVICE** ) ) ) ) |

STATE OF NEW YORK    }
                     }  ss.:
COUNTY OF NEW YORK   }

APRIL McELWEE, being duly sworn, deposes and says:

Deponent is not a party to the action, is over the age of 18 years and resides in New Jersey.

That on the 22nd day of May, 2008, deponent served the Summons, Complaint to Temporarily Restrain and Permanently Enjoin Collection of Invalid Assessments, Memorandum in Support of Plaintiff's Complaint, Transcript of Hearing dated May 21, 2008, Instructions for Electronic Case Filing, and Individual Judge's Rules for William H. Pauley III and Magistrate Judge Ronald L. Ellis upon the following, via certified mail, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

THE HONORABLE MICHAEL B. MUKASEY
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

7907786.1

Dated: May 22, 2008
     New York, New York

_____
April L. McElwee

Sworn to and subscribed
before me, Notary, this 22nd day
of May 2008.

_____
Notary Public

GUILLERMO VAZQUEZ
Notary Public, State of New York
No. 01VA6080415
Qualified in New York County
Commission Expires Sept. 16, 2010

7907786.1     2