AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE May 21, 2008 |
| NAME OF SERVER (PRINT) LAWRENCE A. DANY III | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 86 Chambers St., New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___May 29, 2008___　　_[signature]_
　　　　　　　　Date　　　　　　　　Signature of Server

Sutherland, 1114 Ave. Americas, 40th Fl., New York, NY 10036
Address of Server

COPY RECEIVED
MAY 21 2008
U.S. ATTORNEY'S SDNY
A. Charles

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.