USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NESIM BAHAR ET AL,

                Plaintiffs,

-against-

UNITED STATES OF AMERICA.,

                Defendant.
------------------------------------X

08 Civ. 4738 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

      Defendant having requested permission to file an oversize brief and the parties having appeared for a teleconference on September 2, 2008, Defendant's request is denied. Defendant's application to file a motion to dismiss is denied for failure to comply with this Court's individual practices.

      Defendant shall file and serve its opposition to Plaintiff's motion for a preliminary injunction by September 3, 2008.

Dated: September 2, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Lewis S. Wiener, Esq.
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., N.W
Washington, DC 20004
*Counsel for Plaintiffs*

Pierre G. Armand, Esq.
Office of the United States Attorney
86 Chambers Street
New York, NY 10007
*Counsel for Defendant*