IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Bahar, et al.

              Plaintiff,

v.

United States of America,

              Defendant.

Civil Docket No. 1:08-cv-04738-WHP



## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Lewis S. Wiener, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    N. Jerold Cohen
    Sutherland Asbill & Brennan LLP
    999 Peachtree St., NE
    Atlanta, GA  30309
    Tel: 404.853.8038
    Fax: 404.853.8806

N. Jerold Cohen is a member in good standing of the Bar of the States of Georgia and the District of Columbia, and there are no pending disciplinary proceedings against him in any State or Federal court.

Respectfully submitted,

_____
Lewis S. Wiener (LW1990)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., NW
Washington, DC  20004-2415
Tel: 202.383.0100
Fax: 202.637.3593

Dated: August 25, 2008

8003165.1

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bahar, et al.<br><br>        Plaintiff,<br>v.<br><br>United States of America,<br><br>        Defendant. | Civil Docket No. 1:08-cv-04738-WHP |

## AFFIDAVIT OF LEWIS S. WIENER IN SUPPORT OF
## MOTION TO ADMIT COUNSEL PRO HAC VICE

Lewis S. Wiener, being duly sworn, hereby deposes and says as follows:

1.  I am Partner at Sutherland Asbill & Brennan LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit N. Jerold Cohen as counsel *pro hac vice* to represent Plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 1, 1988. I am also admitted to the bar of the Untied States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known N. Jerold Cohen since 2001.

4.  Mr. Cohen is Partner at Sutherland Asbill & Brennan LLP in Atlanta, Georgia.

5.  I have found Mr. Cohen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of N. Jerold Cohen, *pro hac vice*.

8003207.1

7. I respectfully submit a proposed order granting the admission of N. Jerold Cohen, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit N. Jerold Cohen, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: August 25, 2008

Respectfully submitted,

_____
Lewis S. Wiener (LW1990)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Tel: 202.383.0100
Fax: 202.637.3593

Sworn to and subscribed before me
This 25th day of August, 2008.

_____
Notary Public
My Commission Expires: **Terrie S. Coleman**
**Notary Public, District of Columbia**
**My Commission Expires 10/14/2011**

8003207.1

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. N. Jerold Cohen
Sutherland
999 Peachtree Street N.E., Suite 2300
Atlanta, GA 30309-3996

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 10/05/1966 |
| **BAR NUMBER:** | 174700 |
| **TODAY'S DATE:** | August 22, 2008 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**N. J. COHEN**

was on the 20TH day of JANUARY, 1964 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 22, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
     Deputy Clerk

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion to Admit Counsel Pro Hac Vice has been made on August 26, 2008 via first class mail, postage prepaid to:

Pierre Armand
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY  10007

                                                                                                                             _____
                                                                                                                             Jaime L. Dane

8003165.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bahar, et al.<br><br>                      Plaintiff,<br>v.<br><br>United States of America,<br><br>                      Defendant. | Civil Docket No. 1:08-cv-04738-WHP |

**ORDER FOR ADMISSION
PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Lewis S. Wiener, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> N. Jerold Cohen
> Sutherland Asbill & Brennan LLP
> 999 Peachtree St., NE
> Atlanta, GA 30309
> Tel: 404.853.8038
> Fax: 404.853.8806

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Courts for the Southern and Eastern Districts of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

                                                                                                      United States District/Magistrate Judge

8003544.1